**From:** **Justin Leto** JLeto@letobassuk.com
**Subject:** Re: Ambrocio vs. New Marco - Notice of Default
**Date:** August 18, 2016 at 11:04 PM
**To:** Brian H. Pollock  brian@fairlawattorney.com



Brian:

I will advise my client. Thank you for the notice.

On an unrelated matter, have you had a chance to check out our website for Level Insurance, providing the first ever insurance to lawyers to protect their costs when taking cases on a contingency. This may be useful to your practice. Check it out at www.levelinsurance.com

Justin C. Leto
Leto l Bassuk
777 Brickell Avenue
Suite 600
Miami, FL 33131
Phone: 305-577-8448
Fax:     305-577-8465
Cell:     786-877-2374

On Aug 18, 2016, at 10:44 PM, Brian H. Pollock <brian@fairlawattorney.com> wrote:

> Justin,
>
> My office called yours earlier this week to advise of the default in payment under the Settlement Agreement. Please consider this as written notice that your client's August payment due under the Settlement Agreement on August 1 is late. Your clients have 5 business days from today, August 18, 2016, within which to cure the default to avoid the entry of a default judgment against them.
>
> Regards,

Brian H. Pollock, Esq.
FairLaw Firm
**7300 N. Kendall Drive**
**Suite 450**
**Miami, FL 33156**
Dir:  305.230.4822
Ofc: 305.230.4884
Fax: 305.230.4844
brian@fairlawattorney.com
www.fairlawattorney.com

<u>We moved</u>. *Please remember to update my contact information.*