**From:** **Justin Leto** JLeto@letobassuk.com
**Subject:** Re: Ambrocio vs. New Marco - Notice of Default
**Date:** August 25, 2016 at 3:55 PM
**To:** Brian H. Pollock brian@fairlawattorney.com
**Cc:** Justin Leto JLeto@letobassuk.com, Jissel Marcos jissel@fairlawttorney.com

Got it. I thought this recent email was for a different late payment. I've notified my client.

Regards,

Justin C. Leto
Leto I Bassuk
777 Brickell Avenue
Suite 600
Miami, FL 33131
Phone: 305-577-8448
Fax:     305-577-8465
Cell:     786-877-2374

On Aug 25, 2016, at 3:53 PM, Brian H. Pollock <brian@fairlawattorney.com> wrote:

> Of course!
>
> Please see the attached email I sent to you on August 18, 2016, and which you acknowledged as having received.
>
> <16-0818 Notice of Default by email.pdf>
>
> Brian H. Pollock, Esq.
> FairLaw Firm
> **7300 N. Kendall Drive**
> **Suite 450**
> **Miami, FL 33156**
> Dir:  305.230.4822
> Ofc: 305.230.4884
> Fax: 305.230.4844
> brian@fairlawattorney.com
> www.fairlawattorney.com
>
> <u>We moved</u>. **Please remember to update my contact information.**
>
>> On Aug 25, 2016, at 3:42 PM, Justin Leto <JLeto@letobassuk.com> wrote:
>>
>> Ok. Brian, did you send the requisite cute notice? I'm not trying to be difficult but I think that was required.
>>
>> Regards,
>>
>> Justin C. Leto
>> Leto I Bassuk
>> 777 Brickell Avenue
>> Suite 600
>> Miami, FL 33131
>> Phone: 305-577-8448
>> Fax:     305-577-8465
>> Cell:     786-877-2374
>>
>> On Aug 25, 2016, at 3:35 PM, Brian H. Pollock <brian@fairlawattorney.com> wrote:
>>
>>> I have heard this all too often… The check is in the mail….
>>>
>>> If he sent it, then please have him provide tracking information. Otherwise, he can deliver payment.

Brian H. Pollock, Esq.
FairLaw Firm
**7300 N. Kendall Drive**
**Suite 450**
**Miami, FL 33156**
Dir:  305.230.4822
Ofc: 305.230.4884
Fax: 305.230.4844
brian@fairlawattorney.com
www.fairlawattorney.com

**We moved**. *Please remember to update my contact information.*

On Aug 25, 2016, at 3:33 PM, Justin Leto <JLeto@letobassuk.com> wrote:

Brian:

My client claims it was sent. Can you give him until the end of the day tomorrow

Regards,

Justin C. Leto
Leto I Bassuk
777 Brickell Avenue
Suite 600
Miami, FL 33131
Phone: 305-577-8448
Fax:     305-577-8465
Cell:     786-877-2374

On Aug 25, 2016, at 12:44 PM, Brian H. Pollock <brian@fairlawattorney.com> wrote:

Hey Justin,

My secretary just emailed you. If I don't get the payment by the end of the day today, then I'll be filing a Motion for Default Final Judgment, with the Agreement as the Exhibit, and require that your clients pay $13k minus whatever has been paid, plus my additional fees.

We'll be at the office until 5 today,

Thanks,

Brian H. Pollock, Esq.
FairLaw Firm
Ofc: 305.230.4884
Dir:  305.230.4822
Fax: 305.230.4844
7300 N. Kendall Drive
Suite 450
Miami, FL 33156
brian@fairlawattorney.com
www.fairlawattorney.com

On Aug 18, 2016, at 11:04 PM, Justin Leto <JLeto@letobassuk.com> wrote:

Brian:

I will advise my client. Thank you for the notice.

On an unrelated matter, have you had a chance to check out our website for Level Insurance, providing the first ever insurance to lawyers to protect their costs when taking cases on a contingency. This may be useful to your practice. Check it out at

www.levelinsurance.com

Justin C. Leto
Leto l Bassuk
777 Brickell Avenue
Suite 600
Miami, FL 33131
Phone: 305-577-8448
Fax:    305-577-8465
Cell:    786-877-2374

On Aug 18, 2016, at 10:44 PM, Brian H. Pollock <brian@fairlawattorney.com> wrote:

> Justin,
>
> My office called yours earlier this week to advise of the default in payment under the Settlement Agreement. Please consider this as written notice that your client's August payment due under the Settlement Agreement on August 1 is late. Your clients have 5 business days from today, August 18, 2016, within which to cure the default to avoid the entry of a default judgment against them.
>
> Regards,
>
> Brian H. Pollock, Esq.
> FairLaw Firm
> **7300 N. Kendall Drive**
> **Suite 450**
> **Miami, FL 33156**
> Dir:  305.230.4822
> Ofc: 305.230.4884
> Fax: 305.230.4844
> brian@fairlawattorney.com
> www.fairlawattorney.com
>
> **We moved**. *Please remember to update my contact information.*